IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| QUINTON J. ANDREW, SR., ) | |
| ) | Civil No. 02-1110-AS |
| Plaintiff, ) | |
| ) | |
| v. ) | J U D G M E N T |
| ) | |
| NW NATURAL, et al., ) | |
| ) | |
| Defendants. ) | |

Based on the record, defendants' motions for summary judgment (#14 and #23) are GRANTED. This action is dismissed.

IT IS SO ORDERED.

DATED this /4 day of July, 2003.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

1 - JUDGMENT